**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on April 30, 2026**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 26-CR-171 (RDM)** |
| **v.** | **MAGISTRATE NO. 26-MJ-112-2** |
| **CINQUAN CARTLEDGE, and** [redacted], | **VIOLATIONS:**<br>**18 U.S.C. § 922(g)(1)**<br>**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)** |
| **Defendants.** | **22 D.C. Code §§ 401, 4502**<br>**(Assault With Intent to Commit Robbery While Armed)** |
| | **22 D.C. Code § 4504(b)**<br>**(Possession of a Firearm During a Crime of Violence or Dangerous Offense)** |
| | **22 D.C. Code § 402**<br>**(Assault with a Dangerous Weapon)** |
| | **FORFEITURE:**<br>**18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)** |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about June 11, 2026, within the District of Columbia, **CINQUAN CARTLEDGE,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Stafford County, Virginia Court Case No. CR24000298-00 and District of Columbia Superior Court Cases No. 2017 CF1 007979 and 2018 CF3 011250, did unlawfully and

knowingly receive and possess a firearm, that is, a .40 caliber Glock Model 22 firearm, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

**COUNT TWO**

On or about June 11, 2026, within the District of Columbia, **CINQUAN CARTLEDGE** and [redacted], while armed with and having readily available a dangerous weapon, that is a firearm or imitation thereof, assaulted D.W., with intent to steal and take valuable goods and property from the person and from the immediate actual possession of D.W., by force and violence, by means of sudden and stealthy seizure and snatching, against resistance and by putting in fear.

(**Assault With Intent to Commit Robbery While Armed**, in violation of Title 22, District of Columbia Code, Sections 401, 4502 (2001 ed.)).

**COUNT THREE**

On or about June 11, 2026, within the District of Columbia, **CINQUAN CARTLEDGE** did possess a firearm or imitation thereof while committing the crime of Assault with Intent to Rob while Armed as set forth in the Second Count of this indictment.

(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b)).

**COUNT FOUR**

On or about June 11, 2026, within the District of Columbia, **CINQUAN CARTLEDGE** and [redacted] assaulted A.N. with a dangerous weapon, that is, a firearm or imitation thereof.

(**Assault with a Dangerous Weapon**, in violation of Title 22, District of Columbia Code, Section 402).

**COUNT FIVE**

On or about June 11, 2026, within the District of Columbia, **CINQUAN CARTLEDGE** did possess a firearm or imitation thereof while committing the crime of Assault with a Dangerous Weapon as set forth in the Fourth Count of this indictment.

(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b)).

**COUNT SIX**

On or about June 11, 2026, within the District of Columbia, **CINQUAN CARTLEDGE** and [redacted] assaulted D.W. with a dangerous weapon, that is, a firearm imitation thereof.

(**Assault with a Dangerous Weapon**, in violation of Title 22, District of Columbia Code, Section 402).

**COUNT SEVEN**

On or about June 11, 2026, within the District of Columbia, **CINQUAN CARTLEDGE** did possess a firearm or imitation thereof while committing the crime of Assault with a Dangerous Weapon as set forth in the Sixth Count of this indictment.

(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b)).

**FORFEITURE ALLEGATION**

1. Upon conviction of the offenses alleged in Counts One through Seven of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to a .40 caliber Glock Model 22 firearm and .40 caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c)).

A TRUE BILL:

FOREPERSON.

JEANINE FERRIS PIRRO
United States Attorney

Gauri Gopal

GAURI GOPAL
Assistant United States Attorney